UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

LAZARUS BONILLA, and DEACONESS
HOME HEALTH, INC.,

      Defendants.

Case No. 20-CV-00944

## ORDER

Pursuant to the Unopposed Civil L.R. 7(h) Expedited Non-Dispositive Motion to Extend Time to Answer or Otherwise Plead filed on August 26, 2020, it is ORDERED that the deadline for Defendants to file their Answer or otherwise plead is extended from August 26, 2020, to and including September 2, 2020.

Dated this \_\_\_\_\_ day of August, 2020.

BY THE COURT:

_____
The Honorable William E. Duffin
United States Magistrate Judge