UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

 v.

LAZARUS BONILLA, and
DEACONESS HOME HEALTH, INC.

    Defendants.

Civil Action No. 20-CV-00944

---

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the United States of America hereby dismisses the above-captioned action with prejudice.

       MATTHEW D. KRUEGER
       United States Attorney

    By: s/Emily A. Constantine
       EMILY A. CONSTANTINE
       Assistant United States Attorney
       Wisconsin State Bar Number: 1087257
       Office of the United States Attorney
       Eastern District of Wisconsin
       517 East Wisconsin Avenue, Room 530
       Milwaukee, Wisconsin 53202
       Telephone: (414) 297-1704
       Fax: (414) 297-4394
       E-Mail: emily.constantine@usdoj.gov